**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 806 MAL 2016
                                 :

               Respondent      :
                                 :  Petition for Allowance of Appeal from
                                 :  the Order of the Superior Court
            v.                :
                                 :

MICHAEL J. DOTSKO,           :

               Petitioner        :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.